**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2829**

---

WILLIAM S. STUART,

Plaintiff - Appellant,

and

LAURA K. STUART,

Plaintiff,

versus

GEORGE WASHINGTON NATIONAL FOREST,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. B. Waugh Crigler, Magistrate Judge. (CA-96-7-H)

---

Submitted: April 17, 1997          Decided: April 25, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William S. Stuart, Appellant Pro Se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's[*] order denying his motion to amend and dismissing this civil action with prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Stuart v. George Washington Nat'l Forest, No. CA-96-7-H (W.D. Va. Nov. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties agreed to have the claims adjudicated by a magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).